the indictment. Same Memorandum as in *People v Cadbury Beverages* (203 AD2d 918 [decided herewith]). (Appeal from Order of Wayne County Court, Parenti, J.—Dismiss Indictment.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CADBURY BEVERAGES, INC., et al., Defendants, and THOMAS MUNZERT, Respondent. [614 NYS2d 336] —Order unanimously modified on the law and as modified affirmed and matter remitted to Wayne County Court for further proceedings on the indictment. Same Memorandum as in *People v Cadbury Beverages* (203 AD2d 918 [decided herewith]). (Appeal from Order of Wayne County Court, Parenti, J.—Dismiss Indictment.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CADBURY BEVERAGES, INC., et al., Defendants, and JEFFREY GLAHN, Respondent. [614 NYS2d 337] —Order unanimously affirmed. Same Memorandum as in *People v Cadbury Beverages* (203 AD2d 918 [decided herewith]). (Appeal from Order of Wayne County Court, Parenti, J.—Dismiss Indictment.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CADBURY BEVERAGES, INC., et al., Defendants, and JAMES ROBERTSON, Respondent. [614 NYS2d 337] —Order unanimously modified on the law and as modified affirmed and matter remitted to Wayne County Court for further proceedings on the indictment. Same Memorandum as in *People v Cadbury Beverages* (203 AD2d 918 [decided herewith]). (Appeal from Order of Wayne County Court, Parenti, J.—Dismiss Indictment.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.

■ DAVID N. COLOPY, Respondent, v WILLIAM C. McCOMBS, INC., Appellant. [611 NYS2d 83] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Plaintiff commenced this action to recover for personal injuries he sustained when he was struck by the hydraulic boom of a truck and fell to the ground from the truck. At the time of the accident, the truck had been leased to defendant for use on its roofing project at Attica Correctional Facility. The complaint alleges causes of action for violations of Labor Law §§ 200, 240 (1), and § 241 (6) and common-law negligence. Following discovery, both parties